102 F.3d 204
 20 Employee Benefits Cas. 2064
 Robert B. SPRAGUE, et al., Plaintiffs-Appellees/Cross-Appellants,
v.
GENERAL MOTORS CORPORATION, Defendant-Appellant/Cross-Appellee.
 Nos. 94-1896 to 94-1898, 94-1937.
 United States Court of Appeals,
Sixth Circuit.
 Nov. 7, 1996.
 
 Prior report: 92 F.3d 1425.
 Before: MARTIN, Chief Judge; MERRITT, KENNEDY, NELSON, RYAN, BOGGS, NORRIS, SUHRHEINRICH, SILER, BATCHELDER, DAUGHTREY, MOORE and COLE, Circuit Judges.
 
 ORDER
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of these cases en banc. Sixth Circuit Rule 14 provides as follows:
 
 
 2
 The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket sheet as a pending appeal.
 
 
 3
 Accordingly, it is ORDERED, that the previous decision and judgment of this court are vacated, the mandate is stayed and the case is restored to the docket as a pending appeal.
 
 
 4
 It is further ORDERED that the appellees/cross-appellants file a supplemental brief not later than Friday, December 20, 1996, and the appellant/cross-appellee file a supplemental brief not later than Monday, February 10, 1997. Reargument will be scheduled for Wednesday, April 23, 1997.